**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **INTERSTATE AGREEMENT ON DETAINERS ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:26-cr-00003 |
| Heaven-Leigh Dawn Christensen, | ) | |
| | ) | |
| Defendant. | ) | |

On April 27, 2026, defendant made her initial appearance and was arraigned in the above-entitled action.  Attorney Paul Jensen appeared on the Government's behalf.  Attorney Katie Winbauer was appointed to represent defendant in ths matter and appeared on defendant's behalf.

Prior to her initial appearance, defendant was incarcerated by the State of North Dakota at the Dakota Womens' Correctional and Rehabilitation Center in New England, North Dakota.  After the Indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with the North Dakota prison officials.  Pursuant to the Interstate Agreement on Detainers Act ("IADA"),  defendant's appearance before this court for her initial appearance and arraignment was secured by a writ of habeas corpus *ad prosequendum*.

At her initial appearance and arraignment, defendant was advised of her rights under the IADA to continued federal custody until the charges set forth in the Indictment are adjudicated. Defendant did not waive anti-shuttling provisions of the IADA at that time, opting instead to remain in federal custody.

On April 29, 2026, defendant filed an "Interstate Agreement on Detainers Anti-Shuttling Waiver" in which she advised the court of her desire to return to the Dakota Womens' Correctional

and Rehabilitation Center. Based on defendant's waiver, the court finds that defendant has knowingly, voluntarily, and upon advice of counsel waived the anti-shuttling provisions of the IADA and agreed to return to the custody of the State of North Dakota (the "sending state" under the IADA) at the Dakota Womens' Correctional and Rehabilitation Center pending further proceedings in this case initiated by the United States (the "receiving state" under the IADA).

Accordingly, the court **ORDERS** that defendant be housed in the "sending state" under the IADA pending further proceedings or until further order of the court. Further, pursuant to defendant's waiver, the return of the defendant to the Dakota Womens' Correctional and Rehabilitation Center pending trial shall <u>not</u> be grounds under the IADA for dismissal of the charges set forth in the Indictment.

Dated this 29th day of April, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court